THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| JOSHUA W. DENNING,<br><br>    Plaintiff,<br><br>v.<br><br>ROBERT POWELL et al.,<br><br>    Defendants. | **MEMORANDUM DECISION<br>& DISMISSAL ORDER**<br><br>Case No. 2:24-cv-00257-DBB<br><br>District Judge David Barlow |

In this prisoner civil-rights action, on May 27, 2025, the Court ordered Plaintiff to file an amended complaint. (ECF No. 14.) When Plaintiff did not comply, on July 3, 2025, the Court ordered him to within thirty days show cause why this action should not be dismissed for failure to prosecute. (ECF No. 15.) Plaintiff still has not been heard from since December 26, 2024--over seven months ago. (ECF Nos. 12–13.)

**IT IS THUS ORDERED** that Plaintiff's complaint is **DISMISSED** without prejudice for failure to comply with the Court's orders and for failure to prosecute. *See* DUCivR 41-2.

DATED this 14th day of August, 2025.

BY THE COURT:

_____
JUDGE DAVID BARLOW
United States District Court